**Order entered April 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's April 24, 2019 Motion for Leave to File Excess Pages.

We **GRANT** the motion and **ORDER** appellant's reply brief filed as of the date of this order.

/s/     DAVID J. SCHENCK
         PRESIDING JUSTICE